UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | |
| LESLY RICHARD, | **ORDER** |
| Defendant. | 17 Cr. 542 (ER) |

RAMOS, D.J.

On January 31, 2018, Lesly Richard was sentenced to 60 months' imprisonment and three years' supervised release following his conviction for possession of a firearm after having previously been convicted of a felony, in violation of 18 U.S.C. § 922(g).  Doc. 49.  Richard now moves for compassionate release under 18 U.S.C. § 3582(c)(1)(A).  Doc. 82.

The government is directed to submit any response to Richard's motion by April 1, 2022. Richards may file any reply by April 29, 2022.

The Clerk of Court is respectfully directed to mail a copy of this order to Richard at the following address:

Lesly Richard, Reg. No. 76036-054
USP Thomson
U.S. Penitentiary
PO Box 1002
Thomson, IL 61285

SO ORDERED.

Dated: March 3, 2022
       New York, New York

_____
Edgardo Ramos, U.S.D.J.